1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  DEBRA McVAY, O/B/O S.D.R,          )      NO. EDCV 07-595-CT
                                       )
11              Plaintiff,             )
                                       )      JUDGMENT
12                  v.                 )
                                       )
13  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
14  Social Security,                   )
                                       )
15              Defendant.             )
                                       )
16  _____)

17

18       IT IS ADJUDGED that this matter is **REMANDED** pursuant to

19  sentence four of 42 U.S.C. §405(g) to defendant Commissioner of

20  Social Security for further administrative action consistent with

21  the opinion and order filed concurrently with this judgment.

22

23  DATED: July 2, 2008

24                                     _____
                                       CAROLYN TURCHIN
25                                     UNITED STATES MAGISTRATE JUDGE

26

27

28
                                      13